CHRISTOPHER JORDAN, RESPONDENT, v. HARVEY P.
LANGWORTHY, APPELLANT.

GILBERT, J.:

" This case presents only a question of fact, and that, we think,
was correctly disposed of by the county judge, for the reasons
stated in his opinion."

*F. A. Macomber*, for the appellant.

*C. Jordan*, for the respondent.

Judgment affirmed.